# EXHIBIT 1

 ePartner™

Good Morning, Angela Correll

## Single Transactions    Recurring Transactions

| Created date | Status | Approvals | Transaction Type | Account | Amount |
|---|---|---|---|---|---|
| 4/1/2024 | Processed | 1 of 1 | Domestic Wire - Tracking ID: ███ | JSMFP, LLLP ███ | $500,000.00 |

| | | | |
|---|---|---|---|
| **Tracking ID:** | 2832505 | **Amount:** | $500,000.00 |
| **IMAD:** | ███ | **Recipient Wire Name:** | Flex Automotive Holdings Inc |
| **Batch ID:** | 883203 | **Recipient Address 1:** | ███ |
| **Created:** | 04/01/2024 8:49 AM | | |
| **Created By:** | Angela Correll | **Recipient City:** | Miami |
| **Authorized:** | 04/01/2024 8:50 AM | **Recipient State:** | FL |
| **Authorized By:** | Angela Correll | | |
| **Process Date:** | 04/01/2024 | **Recipient ZIP:** | 33142 |
| **From Account:** | JSMFP, LLLP ███ | **Beneficiary FI ID:** | ███ |
| **To Account:** | ███ | | |
| **To Account Type:** | Checking | **Beneficiary FI Name:** | BANK OF AMERICA, N.A., NY |
| **Originator Wire Header:** | JSMFP LLLP | | |
| **Message to Beneficiary:** | Loan | | |

**APPROVAL(S):**

1  04/01/2024 9:50 AM  Angela Correll