# EXHIBIT 4

Diamond Brite Car Care LLC

| Make | Model | Year | VIN |
|---|---|---|---|
| McLaren | 720S | 2022 | SBM14DCA6NW006448 |
| Bentley | Flying Spur | 2023 | SCBBG6ZGXPC005273 |
| Porsche | 911 Turbo | 2022 | WP0CD2A93NS261662 |
| Land Rover | Range Rover | 2023 | SALKPBE72PA047324 |
| GMC | Yukon XI | 2023 | 1GKS1JKL2PR161625 |
| BMW | 740I | 2024 | WBA23EH03RCP56495 |
| Cadilac | Escalade | 2023 | 1GYS3KKL8PR268412 |
| Rolls Royce | Cullinan | 2024 | SLATV4CO2RU221162 |
| Bentley | Flying Spur | 2023 | SCBBB6ZG5PC006314 |
| Mercedes | GLS 63A | 2022 | 4JGFF8KE5NA829739 |