# EXHIBIT 5

 **ePartner™**

Good Morning, Angela Correll

## Single Transactions     Recurring Transactions

| Created date | Status | Approvals | Transaction Type | Account | Amount |
|---|---|---|---|---|---|
| 7/1/2025 | Processed | 1 of 1 | Domestic Wire - Tracking ID: ██ | JSMFP XII, LLC ██ | $750,000.00 |

| | | | | |
|---|---|---|---|---|
| **Tracking ID:** | 3855356 | | **Amount:** | $750,000.00 |
| **IMAD:** | ██████ | | **Recipient Wire Name:** | Flex Auto Rentals LLC |
| **Batch ID:** | 1180693 | | **Recipient Address 1:** | 3411 NW 72nd Ave |
| **Created:** | 07/01/2025 12:56 PM | | **Recipient Address 2:** | suite A |
| **Created By:** | Angela Correll | | **Recipient City:** | Miami |
| **Authorized:** | 07/01/2025 2:22 PM | | **Recipient State:** | FL |
| **Authorized By:** | Amit Raizada | | **Recipient ZIP:** | 33122 |
| **Process Date:** | 07/01/2025 | | **Beneficiary FI ID:** | ██ |
| **From Account:** | JSMFP XII, LLC ██ | | **Beneficiary FI Name:** | JPMORGAN CHASE BANK, NA |
| **To Account:** | ██ | | **Beneficiary FI Address 1:** | 270 Park Avenue |
| **To Account Type:** | Checking | | **Beneficiary FI City:** | New York |
| **Originator Wire Header:** | JSMFP XII LLC | | **Beneficiary FI State:** | NY |
| **Message to Beneficiary:** | Loan | | | 10017 |

Approvals

**Beneficiary FI**
**ZIP:**

**APPROVAL(S):**

1   07/01/2025 3:22 PM   Amit Raizada