# EXHIBIT 6

12:47

◀ Messages

**Cory Vaccaro**
last seen today at 12:47 PM

been using it and its in my valet here..

12:06 AM

I wish you would have just spent the loan dollars I gave you on acquiring cars and flipping them like you told me. I would have talked you out of doing these bond, airplane, boat deals that you were not qualified to do.

12:42 PM ✓✓

We would not be in this situation today

12:42 PM ✓✓

The contacts in dominican republic changed dramatically, and I lost that ability. One of my guys ended up losing like five cars. You know things change right before our eyes. Tried to adjust and misplayed. Ill get through this.

12:46 PM

I wish you would have notified me or something.

12:47 PM ✓✓

+

12:56



 **Cory Vaccaro**
last seen today at 12:56 PM

cars. You know things change right before our eyes. Tried to adjust and misplayed. Ill get through this.

12:46 PM

I wish you would have notified me or something.

12:47 PM ✓✓

I told you.. I actually said to you, i'm glad i didnt go partners with you on this stuff because it would have screwed you. I'm gonna get through this!

12:48 PM

I never said use money to do bond deals. Plane deals. Boat deals.

12:52 PM ✓✓

We are where we are now.

12:52 PM ✓✓

**1 unread message**



12:55 PM

+