# EXHIBIT 8



LINDA C. MCFEE

Direct Dial: (816) 674-7950
Email: linda@aimlawgroup.com

February 11, 2026

**Via email**
Flex Auto Rentals, LLC
3411 NW 72nd St. Suite A
Miami, FL 33122
Flexcarsmiami@gmail.com

Diamond Brite Car Care, LLC
920 West Main Street
New Britain, CT 06053
jnjmotorsales@gmail.com

Corrado Vaccaro
1040 Biscayne Blvd., Unit 1001
Miami, FL 33122
Flexcarsmiami@gmail.com

    Re:    **JSMFP XII, LLC's Forbearance of Certain Remedies on Default**

Dear Sirs:

As you know, I represent JSMFP XII, LLC ("Lender"). On January 28, 2026, Lender notified you, pursuant to that certain Secured Promissory Note dated July 1, 2025 made by Flex Auto Rental, LLC, Diamond Brite Car Care, LLC, and Corrado Vaccaro (collectively "Borrower") in favor of Lender in the principal amount of $1,250,000 (the "Note"), that certain Events of Default had occurred under the Note. At that time, pursuant to paragraph 5 of the Note, Lender accelerated all amounts of principal interest due and owing under the Note (the "Loan Balance"), and notified Borrower that Lender intended to take possession of and foreclose upon the Collateral securing the Note and to pursue a deficiency judgment against Borrower.

The Loan Balance is currently $1,270,833.33, plus accrued interest and legal fees. The Loan Balance is accruing interest at default rate of 24.9% as set forth in paragraph 5 of the Note.

In exercise of its rights under the Note, you have voluntarily given Lender possession of two Vehicles that constitute part of the Collateral securing the Note—a Bentley Flying Spur and a Rolls Royce Cullinan.  Both of these Vehicles have interior and exterior damage and/or need service and maintenance, which adversely affects their value and must be repaired before Lender sells them in partial satisfaction of Borrower's obligations under the Note.  All such costs of repair

Diamond Brite Car Care, LLC
Flex Auto Rentals, LLC
Corrado Vaccaro
February 11, 2026
Page 2

will be deducted from the sales proceeds before such proceeds are applied to Borrower's obligations under the Note.

At Borrower's request, Lender has agreed to forbear on the repair and disposition of these Vehicles, and the pursuit of a deficiency judgment against Borrower for the Loan Balance, on the following terms and conditions:

 a. Borrower delivers to Lender by Friday, February 20, 2026, possession of another Vehicle with a minimum wholesale/liquidation value of $150,000; and

 b. Borrower shall, by February 27, 2026, reach an acceptable written settlement with Lender for the payment of the Loan Balance, as well as any costs and fees incurred by Lender in enforcing Borrower's obligations under the Note.

If either of these conditions are not satisfied, then Lender will proceed to exercise all rights against Borrower, including (a) lawful repossession of all Vehicles constituting Collateral for the Note; (b) servicing and repairing all such Vehicles as reasonably necessary to prepare them for sale; (c) selling such Vehicles at a public or private sale; (c) applying the net proceeds of such sales to the Loan Balance in accordance with the Note; and (d) pursuing a deficiency judgment against Borrower, which will include all costs of suit, including attorneys' fees as provided by the Note.

Lender reserves all rights. Govern yourselves accordingly.

Sincerely yours,
**AIM Law, LLC**

Linda C. McFee