# EXHIBIT 9

 ePartner™

Good Morning, Erica England

## Single Transactions    Recurring Transactions

| Created date | Status | Approvals | Transaction Type | Account | Amount |
|---|---|---|---|---|---|
| 12/29/2025 | Processed | 1 of 1 | Domestic Wire - Tracking ID: 4319974 | JSMFP LLLP 3█ | $70,000.00 |

| | | | |
|---|---|---|---|
| **Tracking ID:** | █ | **Amount:** | $70,000.00 |
| **Batch ID:** | █ | **Recipient Wire Name:** | Flex Automotive Holdings Inc |
| **Created:** | 12/29/2025 10:21 AM | **Recipient Address 1:** | 3411 NW 72nd Sve |
| **Created By:** | Angela Correll | **Recipient Address 2:** | Suite A |
| **Authorized:** | 12/29/2025 10:23 AM | **Recipient City:** | Miami |
| **Authorized By:** | Erica England | **Recipient State:** | FL |
| **Process Date:** | 12/29/2025 | **Recipient ZIP:** | 33122 |
| **From Account:** | JSMFP LLLP █ | **Beneficiary FI ID:** | █ |
| **To Account:** | █ | **Beneficiary FI Name:** | JPMORGAN CHASE BANK, NA |
| **To Account Type:** | Checking | **Beneficiary FI Address 1:** | 270 Park Avenue |
| **Originator Wire Header:** | JSMFP LLLP | **Beneficiary FI City:** | New York |
| **Message to Beneficiary:** | Loan | **Beneficiary FI State:** | NY |
| | | | 10017 |

Approvals

**Beneficiary FI**
**ZIP:**

**APPROVAL(S):**

1   12/29/2025 1:23 PM   Erica England