# EXHIBIT 10

# SUNSTATE TITLE SERVICE, INC.

**2916 East Park Avenue**
**Tallahassee, FL  32301**

**(850) 877-2804 Accounting**
**(850) 997-0702 Titles & Registration**

1934

ANGELA CORELL

AMIT RAIZADA %SPECTRUM BUSINESS VEN

4538 NE PARKS BLUFFS DRIVE

LEES SUMMIT , MO  64064

**Date**     **2/26/2026**

**259300**

| Issue Date | Vehicle Make | Model Year | Appl. Type | Reference | Owner | FL ID | VIN |
|---|---|---|---|---|---|---|---|
| 2/26/2026 | JGR | 2019 | BOAT/TN | | JSMFP LLC | 159318751 | JGR43101A119 |

Total Transmittals =   1

| CNTY# | AGY# | SUB# | RPT# |
|---|---|---|---|
| 46 | 2 | TC33RSL | 6970 |

AUDIT # 179595120



**STATE OF FLORIDA**
**APPLICATION FOR VEHICLE / VESSEL**
**CERTIFICATE OF TITLE**

L#
T# 2257520867
B# 35712613
S# 118221542

| TITLE NUMBER | VEHICLE/VESSEL IDENTIFICATION # | YR. MAKE | MAKE or MANUFACTURER | BODY TYPE | VEHICLE COLOR | | WT/LENGTH | PRINCPL OPERAT | GVW/LOC |
|---|---|---|---|---|---|---|---|---|---|
| 159318751 | JGR43101A119 | 2019 | JGR | VS | | | 42'9" | | |

| DATE OF ISSUE MO. DAY YEAR | | | TRANS CODE | VEHICLE USE | HULL MATERIAL | PROPULSION | ENGINE DRIVE | FUEL | VESSEL TYPE | WATER | FL NUMBER | AUTH DESTRUCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | 26 | 26 | TRT | VESSEL | FBGLSS | PRPLLR | OUTBRD | GAS | OPEN | | FL1767UA | |

Applicant/Owner's Name & Address

JSMFP LLLP
1000 BISCAYNE BLVD UNIT 1601
MIAMI, FL 33132

| | SEX | BIRTHDATE MO. DAY YEAR | | | RESIDENT Y N ALIEN | | | CNTY RES.# |
|---|---|---|---|---|---|---|---|---|
| | | | | | | X | | 1 |

1st OWNER FL/DL # OR F.E.I.D.#            2nd OWNER FL/DL # OR UNIT #

VOLUNTARY CONTRIBUTIONS

| AGENCY FEE | TITLE FEE | SALES TAX | GRAND TOTAL |
|---|---|---|---|
| 6.75 | 4.00 | 4,250.00 | 4,260.75 |

**Action Requested:**  TRANSFER TITLE

**Brands:**

| PREV. STATE | DATE ACQUIRED | NEW | USED | ODOMETER / VESSEL MANUFACTURER | ODOMETER DECLARATION CERTIFICATION |
|---|---|---|---|---|---|
| FL | 02/19/2026 | | XX | JAGUAR MARINE | ☐ |

**LIEN INFORMATION**     DATE OF LIEN     RECEIVED DATE     FEID # OR FL / DL AND SEX AND DATE OF BIRTH     DMV ACCOUNT #

NAME OF FIRST LIENHOLDER:

ADDRESS

SALVAGE TYPE

**SELLER INFORMATION**

NAME OF SELLER, FLORIDA DEALER, OR OTHER PREVIOUS OWNER

HIGH SOCIETY SALES AND RENTALS,LLC

ADDRESS

1353 NW 79TH ST
MIAMI, FL 33147

DEALER LICENSE NO.

VI11449381

CONSUMER OR SALES TAX EXEMPTION #

**SALES TAX AND USE REPORT**

**TRANSFER OF TITLE IS EXEMPT FROM FLORIDA SALES OR USE TAX FOR THE REASON(S) CHECKED**

☐ **PURCHASER HOLDS VALID EXEMPTION CERTIFICATE**
☐ **VEHICLE / VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL**
☐ **OTHER   REGULAR**

INDICATE TOTAL PURCHASE PRICE, INCLUDING ANY UNPAID BALANCE DUE SELLER, BANK OR OTHERS   $ 70,000.00

INDICATE SALES OR USE TAX DUE AS PROVIDED BY CHAPTER 212, FLORIDA STATUTES   $ 4,250.00

☒ **SELLING PRICE VERIFIED**

**APPLICANT CERTIFICATION**

I/WE HEREBY CERTIFY THAT THE VEHICLE/VESSEL TO BE TITLED WILL NOT BE OPERATED UPON THE PUBLIC HIGHWAYS/WATERWAYS OF THIS STATE.

I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

I CERTIFY THAT THIS MOTOR VEHICLE/VESSEL WAS REPOSSESSED UPON DEFAULT OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

I/WE HEREBY CERTIFY THAT I/WE LAWFULLY OWN THE ABOVE DESCRIBED VEHICLE/VESSEL, AND MAKE APPLICATION FOR TITLE. IF LIEN IS BEING RECORDED NOTICE IS HEREBY GIVEN THAT THERE IS AN EXISTING WRITTEN LIEN INSTRUMENT INVOLVING THE VEHICLE/VESSEL DESCRIBED ABOVE AND HELD BY LIENHOLDER SHOWN ABOVE. I/WE FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature of Applicant/Owner                          Signature of Applicant/Co-Owner

HSMV 82041 REVISED 02/06     SCAN CODE     MVT

I UNDERSTAND THAT MY DRIVER LICENSE AND REGISTRATIONS WILL BE SUSPENDED IMMEDIATELY IF THE INSURER DENIES THE INSURANCE INFORMATION SUBMITTED FOR THIS REGISTRATION.

## STATE OF FLORIDA — LIEN SATISFACTION

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 2257520867
B# 39-05615

| Identification Number | Year | Make | Body | WT - L - BHP | Vessel Regis No. | Title Number |
|---|---|---|---|---|---|---|
| JGR43101A119 | 2019 | JGR | VS | 42'9" | FL1767UA | 159318751 |

Registered Owner:

JSMFP LLLP
1000 BISCAYNE BLVD UNIT 1601
MIAMI, FL 33132

Date of Issue    02/26/2026

Lien Release
Interest in the described vehicles is hereby released
By _____
Title _____
Date _____

Mail To:

JSMFP LLLP
1000 BISCAYNE BLVD UNIT 1601
MIAMI, FL 33132

### IMPORTANT INFORMATION

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section of the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of the form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT - L - BHP | Vessel Regis No. | Title Number |
|---|---|---|---|---|---|---|
| JGR43101A119 | 2019 | JGR | VS | 42'9" | FL1767UA | 159318751 |

Lien Release
Interest in the described vehicles is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | | | | 0 | VESSEL | 10/14/2025 |

By _____
Title _____

| Odometer Status or Vessel Manufacturer or OH Use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| JAGUAR MARINE | OUTBRD | FBGLSS | PROPELLER | 02/26/2026 |

Date _____

Registered Owner

JSMFP LLLP
1000 BISCAYNE BLVD UNIT 1601
MIAMI, FL 33132

1st Lienholder

NONE

| DIVISION OF MOTORIST SERVICES | TALLAHASSEE | FLORIDA | DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES |
|---|---|---|---|

Robert R. Kynoch
Director

Dave Kerner
Executive Director

Control Number    **179595120**

46 /2    179595120

## TRANSFER OF TITLE BY SELLER (This section must be completed at the time of sale.)

Federal and/ or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____    Address: _____

Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: _____

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |__|__|__|__|__|__| X (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:

☐ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here: _____    CO-SELLER Must Sign Here: _____

Print Here: _____    Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must Sign Here: _____    CO-PURCHASER Must Sign Here: _____

Print Here: _____    Print Here: _____

**NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.**

HSMV 82250 (REV. 3/15)

## STATE OF FLORIDA